UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAJ PATEL,<br><br>                              Plaintiff,<br><br>          -against-<br><br>THE UNITED STATES, et al.,<br><br>                              Defendants. | 21-CV-6553 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued September 20, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

Plaintiff has consented to electronic service. (ECF 4.)

SO ORDERED.

Dated:   September 20, 2021
             New York, New York

                                                            /s/ Laura Taylor Swain
                                                            LAURA TAYLOR SWAIN
                                                            Chief United States District Judge